An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN RAMACHER; AND KENDRA RAMACHER,
Appellants,
vs.
US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CSFB MORTGAGE SECURITIES CORP. ADJUSTABLE RATE MORTGAGE TRUST 2005-11 ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11; AND BANK OF AMERICA, N.A.,
Respondents.

No. 60821

**FILED**

SEP 0 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On August 22, 2013, appellants and respondent US Bank National Association filed a stipulation to dismiss this appeal. The parties' stipulation does not indicate whether appellants are also dismissing their appeal with respect to respondent Bank of America, N.A. Nonetheless, because US Bank and Bank of America are represented by the same counsel, we construe the stipulation as the parties' agreement to dismiss this appeal in its entirety. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Pickering

13-26122

cc:    Hon. Patrick Flanagan, District Judge
       Mark L. Mausert
       Lewis & Roca, LLP/Las Vegas
       Lewis & Roca, LLP/Reno
       Washoe District Court Clerk